

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER

Case number:     01-13-00480-CV

Style:     In re Milton Pate, Relator

Original Proceeding on Petition for Writ of Mandamus from *Pate v. Linbeck Group, LLC et al.*, No. 2012-34298, in the 113th District Court of Harris County, the Hon. Michael Landrum presiding.

On June 7, 2013, relator, Milton Pate, filed a petition for writ of mandamus and motion to stay the production of medical records. Relator's motion for stay is **granted**. The Court stays the deposition of Retina Consultants Houston and the production of "documents pertaining to the diagnosis and treatment of Milton Pate's vision during the time beginning five years prior to incident that is the subject of this litigation, to present." The stay is effective until this mandamus proceeding is finally decided.

The Court further requests a response from the real parties in interest. Rule 9.2(b) of the Texas Rules of Appellate Procedure, the "mailbox rule," is suspended for the filing of the response in this case; the response must be received in the clerk's office or filed in accordance with this court's rules on e-filing no later than **Friday, June 21, 2013**. *See* TEX. R. APP. P. 2, 9.2(b).

It is so ORDERED.

Judge's signature: **/s/ Harvey Brown**
                              Acting individually

Date: June 7, 2013.